

## Law Offices of
## Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, LEGAL ASSISTANT

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

_**VIA CM/ECF and FIRST CLASS MAIL**_                                   December 15, 2020

Hon. Judge Eric Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

    RE:    **USA. v. NADEL – Request for Adjournment on Consent
Case # 19CR-00493-ENV**

To the Honorable Judge Vitaliano:

    Our office represents the Defendant in connection with the above-referenced matter.

    Pursuant to our conference with Mr. Michaeal Nadel's counsel and the Government please allow the herein letter to serve as a formal written request for an adjournment in connection with the above mentioned matter (_Case Number: 19CR00493_). This matter is currently scheduled for conference before your Honorable Judge Vitaliano on December 18, 2020.

    Our office hereby respectfully requests an adjournment of the herein appearance due to the fact that our office is in current negotiation with the Government regarding a potential plea agreement for our client. Thus, our office requires the herein adjournment of the conference to allow our office as well as the Government sufficient time for the same.



*Law Offices of*
## Meir Moza & Associates

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, LEGAL ASSISTANT

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

 

Pursuant to our conversation with the United States Attorney and Mr. Michael Nadel's Counsel, and upon consent by all parties our office respectfully requests that this matter be adjourned to a date potentially in February or March, to be determined by your Honorable. Additionally, all parties consent to the exclusion of time in this matter.

Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.

Cc:   AUSA, Kassner: (Gillian.Kassner@usdoj.gov)

Respectfully Submitted,

MEIR MOZA, ESQ
*Attorney for the Defendant*