

*Law Offices of*
## Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

January 12, 2021

**_VIA CM/ECF and FIRST CLASS MAIL_**

Hon. Judge Eric Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

   RE:   **USA. v. NADEL – Request for Adjournment on Consent**
         **Case # 19CR-00493-ENV**

To the Honorable Judge Vitaliano:

Our office represents the Defendant in connection with the above-referenced matter.

Pursuant to our conference with Pretrial Services and the Government please allow the herein letter to serve as formal written request for the above-referenced client who is requesting travel permission from the court from January 29, 2021 - January 31, 2021 to the Catskills, New York.

Our office hereby respectfully requests said travel request in lieu of the fact that our client had wanted to spend his anniversary with his wife and family during the aforementioned dates. As stated, the stated request is met with no objection and unopposed from Pretrial Services and the Government and awaits your Honor's decision.

Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.



# Law Offices of
# Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

Cc:   AUSA, Kassner: (Gillian.Kassner@usdoj.gov)

Respectfully Submitted,

MEIR MOZA, ESQ
*Attorney for the Defendant*