BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 6/24/2021

CRIMINAL CAUSE FOR GUILTY PLEA (IN-PERSON)

**DOCKET # 19cr493 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Yarin Nadel | Meir Moza |

AUSA: Benjamin Weintraub

Interpreter: n/a

COURT REPORTER: Georgette Betts

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

X   DEFT SWORN

X   CASE CALLED FOR PLEADING

X   DEFENDANT WAIVES INDICTMENT.

X   DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 6 OF THE INDICTMENT

X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 6 OF THE INDICTMENT.

Time in Court: 60 MINUTES