

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:CSK
F. # 2019R00131

271 Cadman Plaza East
Brooklyn, New York 11201

August 13, 2021

By ECF
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Yarin Nadel
Criminal Docket No. 19-493 (ENV)

Dear Judge Vitaliano:

The government submits this letter and the enclosed proposed Order of Forfeiture ("Order") for the Court's consideration and approval in the above-referenced ongoing criminal matter. The defendant, Yarin Nadel, has agreed to the terms of the enclosed Order in connection with his guilty plea taken before Your Honor on or about June 24, 2021.

The government respectfully requests that at the defendant's sentencing, the Order of Forfeiture be orally pronounced, included, and attached to the Judgment of Conviction pursuant to Fed. R. Crim. P. 32.2(b)(4). Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Claire S. Kedeshian
Claire S. Kedeshian
Assistant U.S. Attorney
(718) 254-6051

Encl.: Order of Forfeiture
cc: Counsel of Record by ECF