

*Law Offices of*
# Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

<u>**VIA CM/ECF and FIRST CLASS MAIL**</u>

July 11, 2022

Hon. Judge Eric Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

      RE:    USA. v. NADEL – Request for Adjournment
                 Case # 19CR-00493-ENV

To the Honorable Judge Vitaliano:

    Our office represents the Defendant in connection with the above-referenced matter.

    Pursuant to our conference with the Government please allow the herein letter to serve as formal written request for adjournment in connection with the above-referenced matter.

    Our office is aware that said matter is scheduled to be heard before your Honor on July 22, 2022, however our office is requesting an adjournment to a later date in October or November to be determined by your Honor.

    Said request is being consented to by both our office and the Government as we are currently still in the process of meeting and discussing recommendations with the Government.

    Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.

Cc:    AUSA, Kassner: (Gillian.Kassner@usdoj.gov)

Respectfully Submitted,

MEIR MOZA, ESQ
*Attorney for the Defendant*