

# Law Offices of
# Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

<u>**VIA CM/ECF and FIRST CLASS MAIL**</u>              August 8, 2022
Hon. Judge Eric Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

    **RE:   USA. v. NADEL – Request for Travel on Consent**
           **Case # 19CR-00493-ENV**

To the Honorable Judge Vitaliano:

    Our office represents the Defendant in connection with the above-referenced matter.

    Pursuant to our conference with Pretrial Services and the Government please allow the herein letter to serve as formal written request for the above-referenced client who is requesting travel permission from the court from August 16, 2022 - August 18, 2022 to Las Vegas, Nevada.

    Our office hereby respectfully requests said travel request due to the fact that our client wants to attend a Las Vegas convention which he had been provided with an exclusive invite, on behalf of Verizon, for and which is indispensable for his business. As stated, the stated request is met with no objection and unopposed from Pretrial Services and the Government and awaits your Honor's decision.

    Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.

Cc:    AUSA, Kassner: (Gillian.Kassner@usdoj.gov)

Respectfully Submitted,

MEIR MOZA, ESQ
*Attorney for the Defendant*